Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
David R. Shein, Esq. (SBN 235718)
david@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EXIST, INC., a Florida Corporation; ROSS STORES, INC., a California Corporation; and DOES 1-10<br><br>Defendants. | Case No.: CV10-9383 JGB (AJWx) <br> _Hon. Jesus G. Bernal_ <br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial: December 10, 2013<br>Time: 9:00 a.m.<br>Courtroom: 1 |

- 1 -

JOINT STATEMENT OF THE CASE

The parties hereby jointly propose the following statement of the case:

"Plaintiff Advanced Visual Image Designs, LLC dba Avid Ink claims that Defendant Exist, Inc. has violated its copyrights in over 28 graphic designs that it owns, and seeks damages for that alleged infringement.  Defendant disputes that it infringed Plaintiff's designs and it disputes Plaintiff's claim for damages."

Respectfully submitted,

DONIGER / BURROUGHS APC

Date: December 9, 2013          By: /s/ Stephen M. Doniger
                                    Stephen M. Doniger, Esq.
                                    David R. Shein, Esq.
                                    Attorneys for Plaintiff

KAIN & ASSOCIATES

Date: December 9, 2013          By: /s/ Robert C. Kain____
                                    Robert C. Kain, Esq.
                                    Darren Spielman, Esq.
                                    Attorneys for Defendant Exist, Inc.

- 2 -

JOINT STATEMENT OF THE CASE