FILED
CLERK, U.S. DISTRICT COURT
DEC 2 0 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EXIST, INC., a Florida Corporation; ROSS STORES, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No. 10-cv-09383-JGB -AJWx<br><br>Redacted<br>**SPECIAL VERDICT FORM** |

We, the jury in the above entitled action, find the following verdict on the questions submitted to us:

**PART I: Copyright Infringement**

1. Do you find by a preponderance of the evidence that Avid Ink owns a valid copyright in the following designs:

| Design | Yes | No |
|---|---|---|
| A113018: | X | |
| A112607: | X | |
| A113736: | X | |
| M115195: | X | |
| A113883: | X | |
| A110352: | X | |
| M111486: | X | |
| A112883: | X | |
| A113729: | X | |
| A109573: | X | |
| M113443: | X | |
| A112523: | X | |
| M117896: | X | |
| A102868: | X | |
| A111971: | X | |
| M113797: | X | |
| A113287: | X | |

| | | |
|---|---|---|
| M111562: | Yes  X | No _____ |
| A110757: | Yes  X | No _____ |
| M117039 or A114682: | Yes  X | No _____ |
| M109830: | Yes  X | No _____ |
| A111228: | Yes  X | No _____ |
| A113772: | Yes  X | No _____ |
| A112886: | Yes  X | No _____ |
| A113511 or M114409: | Yes  X | No _____ |
| A111002 or M114751: | Yes  X | No _____ |
| M115025: | Yes  X | No _____ |
| A110455: | Yes  X | No _____ |

*If you answered "Yes" regarding all designs listed in Question "1", please go directly to Question "18". If you answered "No" regarding any of the designs listed in Question "1", please answer Questions "2" through "17". Please mark "N/A" ("not applicable") as to any design for which you answered "Yes" in Question "1".*

2. If you found that Avid Ink does not have a valid copyright in Design A113729, do you find by a preponderance of the evidence that it holds a valid copyright in Design A-02-C-11

   Yes _____     No _____     N/A _____

3

3. If you found that Avid Ink does not have a valid copyright in Design A111002 or Design M114751, do you find by a preponderance of the evidence that it holds a valid copyright in Design 08-11-XX-66?

Yes _____   No _____   N/A _____

4. If you found that Avid Ink does not have a valid copyright in Design A111002 or M114751, do you find by a preponderance of the evidence that it holds a valid copyright in Design 07-03-77-37?

Yes _____   No _____   N/A _____

5. If you found that Avid Ink does not have a valid copyright in Design M109830, do you find by a preponderance of the evidence that it holds a valid copyright in Design 08-05-D-44?

Yes _____   No _____   N/A _____

6. If you found that Avid Ink does not have a valid copyright in Design M117896, A109573, or M115195, do you find by a preponderance of the evidence that it holds a valid copyright in Design SMS800182?

Yes _____   No _____   N/A _____

7. If you found that Avid Ink does not have a valid copyright in Design A112607, do you find by a preponderance of the evidence that it holds a valid copyright in Design SCL0800985?

Yes _____   No _____   N/A _____

8. If you found that Avid Ink does not have a valid copyright in Design A113287, do you find by a preponderance of the evidence that it holds a valid copyright in Design 08-10-D-62?

Yes _____   No _____   N/A _____

9. If you found that Avid Ink does not have a valid copyright in Design A114682 or M117039, do you find by a preponderance of the evidence that it holds a valid copyright in Design SCL0900121?

Yes _____    No _____    N/A _____

10. If you found that Avid Ink does not have a valid copyright in Design A113018, do you find by a preponderance of the evidence that it holds a valid copyright in its Big Red Heart art included in Design A113018?

Yes _____    No _____    N/A _____

11. If you found that Avid Ink does not have a valid copyright in Design A112883, do you find by a preponderance of the evidence that it holds a valid copyright in the Tie Dye art included in that design?

Yes _____    No _____    N/A _____

12. If you found that Avid Ink does not have a valid copyright in Design A113729, do you find by a preponderance of the evidence that it holds a valid copyright in the background art included in that Design?

Yes _____    No _____    N/A _____

13. If you found that Avid Ink does not have a valid copyright in Design A113729, do you find by a preponderance of the evidence that it holds a valid copyright in the "distressed lines" art included in Design A113729?

Yes _____    No _____    N/A _____

14. If you found that Avid Ink does not have a valid copyright in Design M113797, do you find by a preponderance of the evidence that it holds a valid copyright in the Paint Splatter art included in Design M113797?

Yes _____    No _____    N/A _____

15. If you found that Avid Ink does not have a valid copyright in Design M109830, do you find by a preponderance of the evidence that it holds a valid copyright in the Background art included in Design M109830?

  Yes _____    No _____    N/A _____

16. If you found that Avid Ink does not have a valid copyright in Design M109830, do you find by a preponderance of the evidence that it holds a valid copyright in the Burnout Texture art included in Design M109830?

  Yes _____    No _____    N/A _____

17. If you found that Avid Ink does not have a valid copyright in Design M109830, do you find by a preponderance of the evidence that it holds a valid copyright in the Tribal Art included in Design M109830?

  Yes _____    No _____    N/A _____

*If you answered "Yes" to any of Questions "1" through "17" above, please proceed to Question "18". If you answered "No" to all of Questions "1" through "17", please sign and date this form at Page 11.*

18. For each of the copyrights that you found that Avid Ink holds, do you find that Exist, Inc. infringed on that copyright? As to any design or element for which Avid Ink does not hold a copyright, please mark "N/A".

(a) A113018 or the Big Red Heart art included in Design A113018:    Yes _X_   No ____   N/A ____

(b) A112607 or Design SCL0800985:    Yes ____   No _X_   N/A ____

(c) A113736: Yes __X__ No ____ N/A ____

(d) M115195 or Design SMS800182: Yes __X__ No ____ N/A ____

(e) A113883: Yes __X__ No ____ N/A ____

(f) A110352: Yes __X__ No ____ N/A ____

(g) M111486: Yes __X__ No ____ N/A ____

(h) A112883 or the Tie Dye art included in Design A112883: Yes __X__ No ____ N/A ____

(i) A113729, Design A-02-C-11, the Repeated Background art included in Design A113729, or the Distressed Lines art included in Design A113729:

Yes __X__ No ____ N/A ____

(j) A109573 or Design SMS800182: Yes __X__ No ____ N/A ____

(k) M113443: Yes __X__ No ____ N/A ____

(l) A112523: Yes __X__ No ____ N/A ____

7

| | | | |
|---|---|---|---|
| (m) M117896 or Design SMS800182: | Yes  X | No ____ | N/A ____ |
| (n) A102868: | Yes  X | No ____ | N/A ____ |
| (o) A111971: | Yes  X | No ____ | N/A ____ |
| (p) M113797 or the Paint Splatter art included in Design M113797: | Yes  X | No ____ | N/A ____ |
| (q) A113287 or Design 08-10-D-62: | Yes  X | No ____ | N/A ____ |
| (r) M111562: | Yes  X | No ____ | N/A ____ |
| (s) A110757: | Yes  X | No ____ | N/A ____ |
| (t) M117039, A114862, or Design SCL0900121: | Yes  X | No ____ | N/A ____ |

(u) M109830, Design 08-05-D-44, the Burnout Texture art included in Design M109830, the Background art included in Design M109830, or the Tribal Art included in Design M109830:   Yes  X    No ____   N/A ____

(v) A111228:   Yes  X    No ____   N/A ____

(w) A113772:   Yes  X    No ____   N/A ____

(x) A112886:   Yes  X    No ____   N/A ____

(y) A113511, M114409, or Design 08-11-XX-66:   Yes  X    No ____   N/A ____

(z) A111002, M114751, Design 07-03-77-37, or Design 08-11-XX-66:   Yes  X    No ____   N/A ____

(aa) M115025:   Yes  X    No ____   N/A ____

(bb) A110455:   Yes  X    No ____   N/A ____

9

*If you answered yes to any of Questions "18(a)" through "18(bb)" above, please proceed to Question "19". If you answered "no" or "n/a" to all of Questions "18(a)" through "18(bb)", please sign and date this form.*

**PART II: Affirmative Defense**

19. Do you find that Avid Ink has established by a preponderance of the evidence that Exist, Inc.'s infringement of Avid Ink's copyright(s) was willful?

Yes __X__    No _____

*If you answered "yes" to Question "19", please go directly to Question "21". If you answered "no" to Question "19", please proceed to Question "20".*

20. Do you find that Exist, Inc. has established by a preponderance of the evidence the elements of the laches defense?

Yes _____    No _____

*If you answered "Yes" to Question "20", please sign and date this form. If you answered "No" to Question "20", please proceed to Question "21".*

**PART III: Damages**

21. What do you find to be the total revenues realized by Exist, Inc. from the sale of garments that you found to be infringing?

$ 5,570,052.00

22. What do you find to be Exist, Inc.'s expenses accrued from the sale of garments that you found to be infringing?

$ 4,699,351.00

23. Please state Exist, Inc.'s disgorgeable profits by subtracting your answer to Question "22" from your answer to Question "21":

$ __870,701.00__

24. What do you find to be the amount of Avid Ink's actual damages?

$ __883,571.00__

25. Please state your total damage award for Advanced Visual Image Design, LLC, dba Avid Ink by adding together your Answers to Questions "23" and "24":

$ __1,754,272.00__

DATED: 12-20-2013   SIGNED: B1 Juror #3
UNITED STATES DISTRICT COURT
PRESIDING JUROR

***Please deliver this verdict form to the bailiff after it is completed and signed.***

11