Sean E. Macias, SBN 201973
**MACIAS COUNSEL, INC.**
302 W. Colorado Blvd.
Pasadena, California  91105
Tel: (626) 844-7707
Fax: (626) 844-7717

Robert C. Kain, Jr. (pro hac vice)
Darren Spielman (pro hac vice)
Kain & Associates, Attorneys at Law, P.A.
900 S.E 3rd Ave, Suite 205
Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158

Attorneys for Defendants Exist, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>EXIST, INC., a Florida Corporation; ROSS STORES, INC., a California Corporation, and DOES 1-10,<br><br>Defendants. | Case No.: CV10-9383 JGB (AJWx)<br>*Honorable Jesus G. Bernal Presiding*<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR 30 DAY SUSPENSION OF CASE** |

Defendant EXIST, INC. and Plaintiff ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK hereby file this Joint Notice of Settlement and request to suspend all case activity for 30 days. The parties have reached a tentative settlement agreement, and desire an opportunity to finalize the terms into a written agreement. As a result, the parties wish that the Court enter a stay of all case activity for 30 days, including entry of judgment. The parties anticipate filing a formal request to dismiss the case after execution of a written settlement agreement.

By: _s/Robert Kain_____

Robert C. Kain, Jr.
**Kain & Associates**
900 S.E. 3rd Ave. Suite 205
Ft. Lauderdale, FL
Tel: (954) 768-9002
Fax: (954) 768-0158
Attorneys for Defendants
Exist, Inc.
Admitted Pro Hac Vice

Sean E. Macias, SBN 201973
MACIAS COUNSEL, INC.
302 W. Colorado Blvd.
Pasadena, California  91105
Tel: (626) 844-7707
Fax: (626) 844-7717
Attorneys for Defendant Exist, Inc.

By: __s/Stephen Doniger_____
Stephen M. Doniger, Esq.
Stephen@donigerlawfirm.com
DONIGER|BURROUGHS APC

300 Corporate Pointe, Suite 355
Culver City, CA 90230
Attorneys for Plaintiff

**Certificate of Service**

      I hereby certify that on __February 3, 2014_____, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Stephen M. Doniger, Esq.
Stephen@donigerlawfirm.com
DONIGER|BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Attorney for Plaintiff

                                                   s/Robert Kain
                                                   Robert C. Kain, Jr.