Sean E. Macias, SBN 201973
**MACIAS COUNSEL, INC.**
302 W. Colorado Blvd.
Pasadena, California  91105
Tel: (626) 844-7707
Fax: (626) 844-7717

Robert C. Kain, Jr. (pro hac vice)
Darren Spielman (pro hac vice)
Kain & Associates, Attorneys at Law, P.A.
900 S.E 3rd Ave, Suite 205
Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158

Attorneys for Defendants Exist, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>EXIST, INC., a Florida Corporation; ROSS STORES, INC., a California Corporation, and DOES 1-10,<br><br>Defendants. | Case No.: CV10-9383 JGB (AJWx)<br>*Honorable Jesus G. Bernal Presiding*<br><br>**[PROPOSED ORDER] JOINT NOTICE OF SETTLEMENT AND REQUEST FOR 30 DAY SUSPENSION OF CASE** |

1

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

The parties Joint Notice of Settlement and Request for 30 Day Suspension of the case is GRANTED:

This matter shall be suspended and stayed for 30 days, including entry of judgment, pending the filing of a request for dismissal of the action by the parties.

SO ORDERED.

Dated: February ___, 2014                 _____
                                              U.S. DISTRICT JUDGE
                                              JESUS G. BERNAL