Stephen M. Doniger, Esq. (SBN 179314)
stephen@DonigerLawFirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@DonigerLawFirm.com
David R. Shein, Esq. (SBN 230870)
david@DonigerLawFirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>EXIST, INC., a Florida Corporation; ROSS STORES, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:10-cv-09383-JGB-AJW<br>*Honorable Jesus G. Bernal Presiding*<br><br>**STIPULATION FOR DISMISSAL OF THE ACTION WITHOUT PREJUDICE** |

    TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    WHEREAS, Plaintiff and Defendant have reached an amicable resolution of this action by way of confidential settlement of this Action;

1
STIPULATION FOR DISMISSAL OF THE ACTION WITHOUT PREJUDICE

IT IS HEREBY STIPULATED that:

1. This Action be dismissed <u>without</u> prejudice;
2. This dismissal is expressly conditioned on the terms and conditions of the confidential settlement agreement entered into by and between Plaintiff Advanced Visual Image Design, LLC d/b/a Avid Ink ("Avid") and Defendant Exist, Inc. ("Exist");
3. The Court retains jurisdiction of this matter for the purposes of taking any actions necessary to enforce the terms of the confidential settlement agreement;
4. Each party is to bear its own costs and fees as incurred against one another.

Dated: March 26, 2014            DONIGER / BURROUGHS, APC

                        By:   /s/ Stephen M. Doniger_____
                              Stephen M. Doniger, Esq.
                              Attorneys for Plaintiff
                              Advanced Visual Image Design, LLC


                              KAIN & ASSOCIATES

Dated: March 26, 2014   By:   /s/ Robert Kain_____
                              Robert Kain, Esq.
                              Darren Spielman, Esq.
                              Attorney for Defendant
                              Exist, Inc.