Stephen M. Doniger, Esq. (SBN 179314)
stephen@DonigerLawFirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@DonigerLawFirm.com
David R. Shein, Esq. (SBN 230870)
david@DonigerLawFirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VISUAL IMAGE DESIGN, LLC, dba AVID INK, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>EXIST, INC., a Florida Corporation; ROSS STORES, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No.:  2:10-cv-09383-JGB-AJW<br>*Honorable Jesus G. Bernal Presiding*<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL OF THE ACTION WITHOUT PREJUDICE** |

Having reviewed the Stipulation for Dismissal and finding good cause thereon, IT IS ORDERED that:

1. This Action be dismissed <u>without</u> prejudice;

1
[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL OF THE ACTION WITHOUT PREJUDICE

2.     The Court retains jurisdiction of this matter for the purposes of taking any actions necessary to enforce the terms of the confidential settlement agreement;

3.     Each party is to bear its own costs and fees as incurred against one another.

Date: March 28, 2014

_____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE